IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIAM STEVENS,

    Defendant.

Case No. 3:08cr127

JUDGE WALTER H. RICE

ENTRY DEFERRING FURTHER PROCEEDINGS ON ALLEGED
SUPERVISED RELEASE VIOLATION SET FORTH HEREIN UNTIL
RESOLUTION OF THE DEFENDANT'S NEW CASE, 1:18CR18

Pursuant to a telephone conference call held between Court and counsel in the captioned cause and Government's counsel and defense attorney in the new Cincinnati prosecution, 1:18cr18, said conference call had upon the record on March 19, 2018, it was agreed by all concerned that the undersigned will delay further proceedings on the captioned cause until resolution of the now pending case, 1:18cr18, pending in the United States District Court in Cincinnati.

By way of documenting the record, the Defendant entered denials to a Petition directing him to show cause why said supervised release should not be revoked, before Judge Stephanie Bowman on March 5, 2018.

April 6, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Vali Dye, USPO
Karen Sevir, Federal Public Defender, 250 E. 5th Street, Suite 350, Cincinnati, OH 45202
Christy Muncy, AUSA, United States Attorney's Office, 221 East Fourth Street, Suite 400, Cincinnati, OH 45202